UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62271-CIV-ZLOCH

CENTURY SURETY COMPANY,

    Plaintiff,

vs.                                       **FINAL JUDGMENT**

JD FIVE STAR, INC., et al.,

    Defendants.
_____/

    THIS MATTER is before the Court upon Plaintiff Century Surety Company's Dispositive Motion For Summary Judgment (DE 48). For the reasons expressed in this Court's Order granting said Motion, entered separately, and pursuant to Federal Rule of Civil Procedure 58, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff Century Surety Company and against Defendants upon the Complaint (DE 1) filed herein; and

    2. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   11th   day of July, 2013.

                                        WILLIAM J. ZLOCH
                                        United States District Judge

Copies furnished:

All Counsel of Record